# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrea Middleton,<br><br>　　　　Plaintiff,<br><br>v.<br><br>City of Tucson, et al.,<br><br>　　　　Defendants. | **NO. CV-15-00185-TUC-JGZ (BGM)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed March 31, 2018, which granted the Motion for Summary Judgment, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

　　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

April 2, 2018

　　　　　　　　　　　　　　　　　　s/ Clara Ortiz
　　　　　　　　　　　　　　　By　　Deputy Clerk